AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:21-M -00143(1) |
|  | § |
| (1) Alvaro Ibarra | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 20, 2021** in **Kinney** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On January 20, 2021, Alvaro Ibarra a United Sates citizen was arrested near Brackettville, Texas for transporting one illegal alien further into the United Sates. The defendant was arrested while driving a Ford F-150 bearing Texas license plate GSY 9669. A Border Patrol Agent encountered the defendant while assisting a Trooper with the Department of Public Safety on a vehicle stop on FM 334. It was determined that the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Pena, Luis A
Border Patrol Agent

01/25/2021      at    DEL RIO, Texas
File Date       City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE     Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:21-M -00143(1)

(1) Alvaro Ibarra

**Continuation of Statement of Facts:**

defendant was transporting one illegal alien from Honduras. In a post Miranda interview the defendant admitted to conspiring with a subject he refused to identify to transport the illegal alien to San Antonio, Texas for a payment of $300 to $500 dollars."

_____  _____
Signature of Judicial Officer  Signature of Complainant